IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| RODERICK LEE BRITTENHAM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:19-CV-199-Z-BR |
| | § | |
| BILLY THOMPSON, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

On November 10, 2022, the Magistrate Judge ordered Plaintiff to respond to a Notice of Intent to Proceed by November 25, 2022. Plaintiff failed to comply with this order. Additionally, mail was returned undeliverable to the court and Plaintiff has not provided an updated address.

Rule 41(b) of the Federal Rules of Civil Procedure allows a court to dismiss an action *sua sponte* for failure to prosecute or for failure to comply with the federal rules or any court order. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). Plaintiff failed to comply with the Magistrate Judge's order. Accordingly, his Complaint is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

December 19, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE