IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| RODERICK LEE BRITTENHAM, | § |
| Plaintiff, | § § § |
| v. | §  2:19-CV-199-Z-BR |
| BILLY THOMPSON, *et al.*, | § § § |
| Defendants. | § |

## JUDGMENT

For the reasons set out in an order filed today, it is ordered and adjudged that this action is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

December __19__, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE